Richard Alexander, Esq. (48432)
ra@alexanderlaw.com
Nina G. Shapirshteyn, Esq. (251122)
ns@alexanderlaw.com
ALEXANDER LAW GROUP, LLP
99 Almaden Boulevard, Suite 575
San Jose CA 95113
Telephone: 408.289.1776
Facsimile:  408.287.1776

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA MCINTYRE THOMAS, an individual; LARRY THOMAS, SR., an individual; LATANYA CHATMON and LARRY O'NEIL THOMAS, individually and as personal representatives and successors-in-interest of the Estate of Lau'Ray Thomas, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a corporation, and JOFFREY FRANCOIS RENE SCAEROU, an individual,<br><br>Defendants. | CASE:  2:16-CV-02149-LEK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE
1

Plaintiffs, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) stipulate, in consideration of a negotiated settlement with defendant Ford Motor Company, which has not been served or appeared, to a Dismissal with Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated:  January 12, 2017         By     /s/ Richard Alexander
                                        _____
                                        RICHARD ALEXANDER
                                        ALEXANDER LAW GROUP, LLP
                                        99 Almaden Boulevard, Suite 575
                                        San Jose, CA 95113
                                        ra@alexanderlaw.com
                                        (408) 289-1776

                                        *Attorneys for Plaintiffs*

## ORDER

The stipulation is approved.  The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

Dated:  January 12, 2017.



                                         /s/ Leslie E. Kobayashi
                                        Leslie E. Kobayashi
                                        United States District Judge

STIPULATION AND
ORDER FOR DISMISSAL
2